UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 19-cv-10025-KING/REID

PIERSON VILLALOBOS,

    Petitioner,

v.

MARK S. INCH,
Secretary, Florida Department
of Corrections

    Respondent.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the May 28, 2020 Report and Recommendation ("R&R") of Magistrate Judge Lisette M. Reid (DE 19), recommending that Petitioner's petition for writ of habeas corpus (DE 1) pursuant to 28 U.S.C. § 2254 be denied and no certificate of appealability be issued. Petitioner moved for an extension of time to object to the R&R on June 11, 2020, which the Court granted. (DE 20, 21). Petitioner thereafter filed objections to the R&R on August 20, 2020. DE 22.

The R&R correctly observed that for Petitioner to prevail in his claim of ineffective assistance of counsel, Petitioner "must demonstrate that: (1) his counsel's performance was deficient, falling below an objective standard of reasonableness; and, (2) he suffered prejudice resulting from that deficiency." *Strickland v. Washington*, 466 U.S. 668, 687 (1984); R&R at 12. Counsel is not ineffective for failing to raise non-meritorious issues. *Chandler v. Moore*, 240 F.3d 907, 917 (11th Cir. 2001). And "[j]udicial scrutiny of counsel's performance must be highly deferential." *Strickland*, 466 U.S. at 689. The R&R recommends that Petitioner has failed to

show that his counsel was deficient because (among other things) petitioner failed to show that counsel had the "opportunity to investigate and/or preserve DNA evidence at the scene of the crash." R&R at 16. Furthermore, the R&R recommends that Petitioner's counsel used a reasonable legal strategy when deciding not to offer the evidence at trial. *Id.*

For these reasons, Magistrate Judge Reid recommends dismissal of this case. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Reid's May 28, 2020 Report & Recommendation (**DE 19**) be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (**DE 1**) is **DENIED**.

3. No certificate of appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of November, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record
      Magistrate Judge Lisette M. Reid
      Clerk of Court
      Pierson Villalobos, *pro se*