UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 19-cv-10025-KING/REID

PIERSON VILLALOBOS,

    Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS

    Respondent.
_____/

### ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

THIS CAUSE is before the Court on the January 21, 2021 Report and Recommendation (DE 32) ("R&R") of Magistrate Judge Lisette M. Reid. Petitioner's first motion for extension to file objections was granted. DE 34. However, no objections were filed and the deadline to do so has passed.

The R&R recommends denying Petitioner's Motion for Leave to Appeal *in forma pauperis* "because it does not comply with the filing requirements of 28 U.S.C. § 1915(a) and Fed. R. App. P. 24(a) and because Petitioner has not met his burden of showing a non-frivolous issue for appeal." R&R at 3. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Lisette M. Reid's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Reid's Report and Recommendation **(DE 32)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. The Motion for Leave to Appeal *In Forma Pauperis* **(DE 27)** is hereby **DENIED**;

3. The Motion for Extension of Time to File Objections **(DE 35)** is hereby **DENIED**; and

4. No certificate of appealability shall issue.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of April, 2021.

                JAMES LAWRENCE KING
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF FLORIDA

**cc:**     **Magistrate Judge Lisette M. Reid**
        **All counsel of record**
        **Pierson Villalobos,** *pro se*
        K09100
        Holmes Correctional Institution
        Inmate Mail/Parcels
        3142 Thomas Drive Bonifay, FL 32425